UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                         CASE NO. 8:09-cr-184-T-30TGW

WILLIE BERNARD SMITH and
TRAVIS COLLINS

**FINAL JUDGMENT OF FORFEITURE**

Before the Court is the Motion of the United States for a Final Judgment of Forfeiture (Doc. 86), pursuant to 18 U.S.C. § 2323(b), 21 U.S.C. § 853(n)(7), and Rule 32.2(c)(2), Fed. R. Crim. P., for the counterfeit Super Bowl XLIII T-Shirts ("T-Shirts"). The Court, being fully advised in the premises, hereby finds as follows:

1. On January 19, 2010, the United States filed an Amended Motion for Entry of a Preliminary Order of Forfeiture, seeking forfeiture of defendant Travis Collins' right, title and interest in the T-Shirts, pursuant to the provisions of 18 U.S.C. § 2323(b). (Doc. 58).

2. On January 19, 2010, the United States filed an Motion for Entry of an Preliminary Order of Forfeiture, seeking forfeiture of defendant Willie Bernard Smith's right, title and interest in the T-Shirts, pursuant to the provisions of 18 U.S.C. § 2323(b). (Doc. 59).

3. On January 20, 2010, the Court granted the United States' motions and entered the Preliminary Orders of Forfeiture, forfeiting to the United States of America all of the defendants Travis Collins and Willie Bernard Smith interest in the T-Shirts. (Docs. 62 and 63).

4. On February 19, 2010, defendant Travis Collins was sentenced, and the T-Shirts were found subject to forfeiture and were included in the Judgment. (Docs. 76, 77).

5. On March 5, 2010, defendant Willie Bernard Smith was sentenced, and the T-Shirts were found subject to forfeiture and were included in the Judgment. (Docs. 84, 85).

6. In accordance with the provisions of 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the forfeiture, and of its intent to dispose of the T-shirts, on the official government website, www.forfeiture.gov, from January 25, 2010 through February 23, 2010. (Doc. 79). The publication gave notice to all third parties with a legal interest in the T-shirts to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

7. No persons or entities, other than the defendants, Travis Collins and Willie Bernard Smith, whose interest was forfeited to the United States in the

Preliminary Order of Forfeiture, are known to have an interest in the T-shirts. No third party has filed a petition or claimed an interest in the T-shirts, and the time for filing such petition has expired.

8. The Court finds that the counterfeit Super Bowl XLIII T-Shirts are the property of defendants Travis Collins and Willie Bernard Smith.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion (Doc. 86) is **GRANTED**. It is FURTHER ORDERED that all right, title and interest in the counterfeit Super Bowl XLIII T-Shirts are CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 18 U.S.C. § 2323(b), 21 U.S.C. § 853(n)(7), and Rule 32.2(c)(2), Fed. R. Crim. P., for disposition according to law.

Clear title to the counterfeit Super Bowl XLIII T-Shirts is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on March 30, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2009\09-cr-184.forfeit fj 86.wpd