UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:09-cr-184-T-30TGW

WILLIE BERNARD SMITH and
TRAVIS COLLINS

**AMENDED FINAL JUDGMENT OF FORFEITURE**

Before the Court is the United States' Motion for Final Judgment of Forfeiture (Doc. 89) and Amended Motion of the United States for an Amended Final Judgment of Forfeiture (Doc. 91), pursuant to Rule 36, Fed. R. Crim. P., 18 U.S.C. § 2323(b), 21 U.S.C. § 853(n)(7) for 165 counterfeit Super Bowl XLIII T-Shirts ("T-Shirts") and one roll of trademark holograms ("holograms"). The Court, being fully advised in the premises, hereby finds as follows:

1. On January 19, 2010, the United States filed an Amended Motion for Entry of an Preliminary Order of Forfeiture, seeking forfeiture of defendant Travis Collins' right, title and interest in the T-Shirts, pursuant to the provisions of 18 U.S.C. § 2323(b). (Doc. 58).

2. On January 19, 2010, the United States filed a Motion for Entry of an Preliminary Order of Forfeiture, seeking forfeiture of defendant Willie Bernard Smith's right, title and interest in the T-Shirts and holograms, pursuant to the

provisions of 18 U.S.C. § 2323(b).  (Doc. 59).

3. On January 20, 2010, the Court granted the United States' motions and entered the Preliminary Orders of Forfeiture, forfeiting to the United States of America all of the defendants Travis Collins and Willie Bernard Smith interest in the T-Shirts and holograms.  (Docs. 62 and 63).

4. On February 19, 2010, defendant Travis Collins was sentenced, and the T-Shirts were found subject to forfeiture and were included in the Judgment. (Docs. 76 and 77).

5. On March 5, 2010, defendant Willie Bernard Smith was sentenced, and the T-Shirts and holograms were found subject to forfeiture and were included in the Judgment.  (Docs. 84 and 85).

6. On March 26, 2010, the United States filed a Motion for Final Judgment of Forfeiture for the 165 counterfeit Super Bowl T-Shirts (Doc. 86).  The trademark holograms were inadvertently omitted from the government's Motion for Final Judgment of Forfeiture, and the subsequent Final Judgment of Forfeiture entered on March 30, 2010 (Doc. 87).

7. The amended motion of the United States before the Court is requested to correct the clerical error omitting the holograms.

8. In accordance with the provisions of 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the forfeiture, and of its intent to dispose of the holograms, on the official government website,

www.forfeiture.gov, from January 25, 2010 through February 23, 2010.  (Doc. 79).  The publication gave notice to all third parties with a legal interest in the holograms to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

9. On March 26, 2010, the United States filed a Motion for Final Judgment of Forfeiture for the 165 counterfeit Super Bowl T-Shirts.  (Doc. 86).

10. The trademark holograms were inadvertently omitted from the government's Motion for Final Judgment of Forfeiture and, as a consequence, from the Court's Final Judgment of Forfeiture.  (Docs. 86 and 87).

11. No persons or entities, other than the defendants Travis Collins and Willie Bernard Smith, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture (Docs. 62 and 63), are known to have an interest in the T-Shirts and holograms.  No third party has filed a petition or claimed an interest in the T-Shirts and holograms, and the time for filing such petition has expired.

12. The Court finds that the counterfeit Super Bowl XLIII T-Shirts and the one roll of trademark holograms are the property of the defendants.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion for final judgment of forfeiture (Doc. 89) is **MOOT.**  The Amended Motion of the United

States for an Amended Final Judgment of Forfeiture (Doc. 91) is **GRANTED**.

It is FURTHER ORDERED that all right, title and interest in the counterfeit Super Bowl XLIII T-Shirts and one roll of trademark holograms are CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 18 U.S.C. § 2323(b), 21 U.S.C. § 853(n)(7), and Rule 32.2(c)(2), Fed. R. Crim. P., for disposition according to law.

Clear title to the counterfeit Super Bowl XLIII T-Shirts and one roll of trademark holograms are now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on April 19, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

S:\Even\2009\09-cr-184.forfeiture91.wpd